UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                          **DECISION AND ORDER**
                                                                         08-CR-32S

MICHAEL SYLVIA,

                               Defendant.

1.      On October 21, 2008, the Defendant entered into a written plea agreement (Docket No. 32) and pled guilty to Count 1 of the Indictment (Docket No. 1) charging a violation of Title 21, U.S.C. Section 841(a)(1) (possession with intent to distribute and distribution of cocaine).

2.      On October 24, 2008, the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, filed a Report and Recommendation (Docket No. 34) recommending that Defendant's plea of guilty be accepted and the Defendant adjudicated guilty.

3.      This Court has not received objections to the Report and Recommendation in accordance with 28 U.S.C. §636(b)(1)(C) and Local Rule 58.2(a)(3).

4.      This Court has carefully reviewed *de novo* Judge McCarthy's October 24, 2008, Report and Recommendation, the plea agreement, transcript of the proceeding, and the applicable law. Upon due consideration, this Court finds no legal or factual error in Judge McCarthy's Report and Recommendation, and will accept Judge McCarthy's recommendation that Defendant's plea of guilty be accepted and that the Defendant be adjudicated guilty as charged.

IT HEREBY IS ORDERED, that this Court accepts Judge McCarthy's October 24, 2008, Report and Recommendation (Docket No. 34) in its entirety, including the authorities cited and the reasons given therein.

FURTHER, that the plea of guilty of Defendant Michael Sylvia is accepted, and he is now adjudged guilty of Title 21, U.S.C. Section 841(a)(1).

SO ORDERED.

Dated:  December 4, 2008
        Buffalo, New York

                                        /s/William M. Skretny
                                        WILLIAM M. SKRETNY
                                        United States District Judge